JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 09-03526 RGK (AJWx)** | Date | July 21, 2009 |
|---|---|---|---|
| Title | **DIANA GONZALES, et al v. NDEX WEST, LLC et al** | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order Dismissing All Federal Claims and Remanding Case to State Court

    On June 29, 2009, the Court issued an Order to Show Cause why the Court should not dismiss all federal claims in Plaintiffs' Complaint, and remand the remaining claims to state court for all further proceedings. The parties were to respond in writing no later than July 2, 2009. Court records indicate that no response has been filed. Therefore, the Court hereby **dismisses** the federal claims alleged in Plaintiffs' Complaint. Furthermore, the Court hereby **remands** the remaining claims to state court for all further proceedings.

    In light of the foregoing, the Court **denies as moot** Defendant's Motion to Dismiss (DE 4), Plaintiffs' Motion for Leave to Amend (DE 7) and Plaintiffs' Motion to Remand (DE 8).

    **IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | slw |